JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

ROGER T. B.,[1]

               Plaintiff,

     v.

FRANK BISIGNANO,[2] Commissioner of Social Security,

               Defendant.

Case No. 5:24-cv-1613-RAO

**JUDGMENT**

     In accordance with the Order Reversing and Remanding for Further Administrative Proceedings filed concurrently herewith ("Order"),

     IT IS ORDERED AND ADJUDGED that the decision of the Commissioner of Social Security is **REVERSED**, and the matter is **REMANDED** for further proceedings consistent with the Court's Order.

DATED: June 6, 2025

                           /s/

                    ROZELLA A. OLIVER
                    UNITED STATES MAGISTRATE JUDGE

---

[1] Partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] Pursuant to Federal Rule of Civil Procedure 25(d), Frank Bisignano, the Commissioner of Social Security, is hereby substituted as the defendant.