# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER TADD BENACHOWSKI,<br><br>    Plaintiff,<br><br>    vs.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>    Defendant | Case No.: 5:24-cv-01613-RAO<br><br>{~~PROPOSED~~} ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $6,100.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: 9/4/2025

*/s/ Rozella A. Oliver*
THE HONORABLE ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE